# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**In re:**
Marcia Ann Pellegrene
102 Hazel
Girard, OH 44420

Dennis Pellegrene

**Case Number:** 09–40996–kw

**Chapter:** 13

**Judge:** KAY WOODS

## ORDER TO APPEAR AND SHOW CAUSE

It appearing to the Court that the Debtor(s) failed to file Certification(s) of Completion of a Course in Personal Financial Management,

WHEREFORE, counsel for the Debtor(s) and the Debtor(s) are ordered to appear at a hearing scheduled for **December 4, 2014** at **10:30 AM** at the Nathaniel R. Jones Federal Building & U.S. Courthouse, 10 East Commerce Street, Youngstown, Ohio 44503 and show cause why such certification was not timely filed.

ENTERED PURSUANT TO ADMINISTRATIVE
ORDER NO. 14–06: KENNETH J. HIRZ,
CLERK OF COURT

**Date:** November 14, 2014
Form ohnb156

By: /s/ Kelly Migletz
Deputy Clerk